IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA HARRELL and MACK HARRELL, | RECEIVED |
| PLAINTIFFS, | 2006 SEP 22 P 4: 06 |
| v. | CASE NO: 1:06CV849-*m*<br>*ht* |
| MERCK & CO., INC., a foreign Corporation; ANNE BRANDON Individual; MARK M. SANDERS, an Individual; TONYA M. LOCKLIN, an Individual; JOE D. READ, an Individual; THEODORE R. BOWSER, II, an Individual; ERIC RALPH PAYNE, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown To Plaintiff, but will be substituted by Amendment when ascertained. | Removed from Circuit Court of Houston County, AL<br>CV 06-502H |
| DEFENDANTS. | |

## MOTION TO DISMISS TONYA M. LOCKLIN

Without waiving any other defense she may have to this lawsuit, Defendant Tonya M. Locklin moves to dismiss the Plaintiffs' Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Defendant Locklin states that she has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal dated September 22, 2006.

Respectfully submitted, this the 22nd day of September, 2006.

_____
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Andy D. Birchfield, Jr., Esquire
    J. Paul Sizemore, Esquire
    Benjamin L. Lockler, Esq.
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
    Montgomery, Alabama 36103-4160

by placing a copy of same in the United States mail, postage prepaid, this the 22nd day of September, 2006.

_____
OF COUNSEL