**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DONNA HARRELL and MACK HARRELL,** | * | |
| | * | |
| **PLAINTIFFS,** | * | |
| | * | |
| **v.** | * | **CASE NO.  1:06-cv-849** |
| | * | |
| **MERCK & CO., INC., a foreign Corporation;** | * | **Removed from Circuit Court** |
| **ANNE BRANDON Individual; MARK M.** | * | **of Houston County, AL** |
| **SANDERS, an Individual; TONYA M.** | * | **CV 06-502H** |
| **LOCKLIN, an Individual; JOE D. READ, an** | * | |
| **Individual; THEODORE R. BOWSER, II, an** | * | |
| **Individual; ERIC RALPH PAYNE, an** | * | |
| **Individual; and fictitious defendants A, B,** | * | |
| **C & D, being those persons, firms or** | * | |
| **corporations whose fraud, scheme to** | * | |
| **defraud, and/or other wrongful conduct** | * | |
| **caused or contributed to the Plaintiff's** | * | |
| **injuries and damages, and whose true** | * | |
| **names and identities are presently** | * | |
| **unknown To Plaintiff, but will be** | * | |
| **substituted by Amendment when** | * | |
| **ascertained.** | * | |
| | * | |
| **DEFENDANTS.** | * | |

## SUPPLEMENT TO NOTICE OF REMOVAL

COMES NOW the Defendant Merck & Co., Inc. ("Merck"), by its and through undersigned attorneys, and supplements the previously filed Notice of Removal with the following:

1.    The Declaration of Tonya Locklin.

/s/ Alan T. Hargrove_____
Alan T. Hargrove, Jr.
      Bar Number: (ASB-7018-H46A)
Mike Brock
      Bar Number:  (ASB-5280-B61R)
F. Chadwick Morriss
      Bar Number: (ASB-8504-S75F)

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:     ath@rsjg.com
               rcb@rsjg.com
               fcm@rsjg.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Andy D. Birchfield, Jr., Esquire
J. Paul Sizemore, Esquire
Benjamin L. Lockler, Esq.
Beasley, Allen, Crow, Methvin,
   Portis & Miles, P. C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

by placing same in the United States mail, postage prepaid, this the 26th day of September, 2006.

*/s/ Alan T. Hargrove*_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DONNA HARRELL and MACK          *
HARRELL,                        *
                                *
                                *
        PLAINTIFFS,             *
v.                              *
                                *
MERCK & CO., INC., a foreign    *    CASE NO.
Corporation; ANNE BRANDON, an   *
Individual; MARK M. SANDERS, an *    Removed from Circuit Court
Individual; TONYA M. LOCKLIN, an *   of Houston County, AL
Individual; JOE D. READ, an individual; *  CV-06-502H
THEODORE R. BOWSER, II, an      *
Individual; ERIC RALPH PAYNE, an *
Individual; and fictitious defendants *
A, B, C & D, being those persons, firms *
or Corporations whose fraud, scheme to *
defraud, and/or other wrongful conduct *
caused or contributed to the Plaintiff's *
injuries and damages, and whose true *
names and identities are presently *
unknown to Plaintiff, but will be *
substituted by amendment when   *
ascertained.                    *
                                *
        DEFENDANTS.             *

## DECLARATION OF TONYA LOCKLIN

1.      My name is Tonya Locklin.  I am over twenty-one years of age,

am of sound mind, and am competent to make this Declaration.  This Declaration is

based upon my personal knowledge.

2.      At no time did I ever provide Vioxx® ("Vioxx") or information

concerning Vioxx directly to Donna Harrell or Mack Harrell.

3.      I am not a physician, and have therefore never prescribed Vioxx.  I

am also not a pharmacist and I have therefore never written or filled a prescription for

Vioxx as a pharmacist. The information that I used during the course of my employment was provided to me by my employer. Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians about Vioxx. I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4.      At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx. I had no discussions at all at any time with any patients of any of the physicians on whom I called regarding Vioxx.

5.      At no time did I ever sell, offer to sell or take orders for the sale of Vioxx to patients. Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Donna Harrell or Mack Harrell.

2

6.    I made no knowing misrepresentations concerning the safety or efficacy of Vioxx and acted in good faith at all times in my dealings with physicians who may have prescribed Vioxx.

7.    I have never met nor spoken with Donna Harrell or Mack Harrell.

8.    I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2006.

Tonya Locklin

3