```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

DONNA HARRELL and          )
MACK HARRELL,              )
                           )
    Plaintiffs,          )
                           )         CIVIL ACTION NO.
    v.                   )          1:06cv849-MHT
                           )
MERCK & CO., INC., a       )
foreign corporation,       )
et al.,                    )
                           )
    Defendants.          )

                                 ORDER

It is ORDERED that the motion to stay (doc. no. 10) is set for submission, without oral argument, on October 9, 2006, with all briefs due by said date.

DONE, this the 27th day of September, 2006.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE