IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA HARRELL and<br>MACK HARRELL,<br><br>    PLAINTIFFS,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>    DEFENDANTS. | *<br>*<br>*<br>*<br>*<br>*   CASE NO. 1:06cv849-MHT<br>*<br>*<br>*<br>* |

### PLAINTIFFS' MOTION TO REMAND

COME NOW the Plaintiffs, Donna Harrell and Mack Harrell, by and through their counsel of record, and respectfully request this Court to remand the above cause to the Circuit Court of Houston County, Alabama. The Defendants have failed to establish that this cause falls under the jurisdiction of the federal courts. Plaintiffs bring this motion pursuant to 28 U.S.C. § 1447, and in further support hereof, state as follows:

1.    This Court lacks jurisdiction over this matter in that the Court could not have had "original" jurisdiction over this matter had the Plaintiffs elected to file the cause in federal court as required by 28 U.S.C. § 1441.

2.    This cause does not present any federal questions which would invoke this Court's jurisdiction over these proceedings as permitted by 28 U.S.C. § 1331. State law predominates over the issues in this cause.

3.    Furthermore, six of the seven named Defendants share the same state citizenship as the Plaintiffs. Plaintiffs and Defendants, Anne Brandon, Mark M. Sanders, Tonya M. Locklin, Joe D. Read, Theodore R. Bowser, II and Eric Ralph Payne, are

1

residents of the State of Alabama.  As such, complete diversity of citizenship, as mandated by 28 U.S.C. § 1332 is absent.

4.   Defendant Merck's assertion that the Plaintiffs have fraudulently joined the in-state, individual Defendants is without merit and is unsupported by the evidence in this cause.  Plaintiffs in their state court complaint have averred viable claims under Alabama law against all Defendants, and, as such, all Defendants are properly joined to this action.  Defendant Merck has failed to establish that Alabama residents, Anne Brandon, Mark M. Sanders, Tonya M. Locklin, Joe D. Read, Theodore R. Bowser, II and Eric Ralph Payne, were fraudulently joined by the Plaintiffs for the purpose of defeating federal jurisdiction.

For the reasons stated above and in the accompanying Brief in Support of Motion to Remand, Plaintiffs urge the Court to remand this action to the Circuit Court of Houston County, Alabama.

Respectfully submitted this 27th day of September, 2006.

    /s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for the Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties <u>as listed below</u> by placing a copy of same in the United States Mail, first class postage prepaid, on this the 27th day of September, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270


                                              /s/ Benjamin L. Locklar
                                              **OF COUNSEL**