IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNA HARRELL and | * | |
| MACK HARRELL, | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | CASE NO. 1:06cv849-MHT |
| | * | |
| MERCK & CO., INC., et al., | * | |
| | * | |
| DEFENDANTS. | * | |

### PLAINTIFFS' NOTICE OF FILING

Plaintiffs hereby submit Plaintiffs' Motion to Remand, Plaintiffs' Brief in Support of Motion to Remand, and Plaintiffs' Opposition to Defendant Anne Brandon, Mark M. Sanders, Tonya M. Locklin, Joe D. Read, Theodore R. Bowser, II and Eric Ralph Payne's Motions to Dismiss.

Respectfully submitted this the 27th day of September, 2006.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for the Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties

as listed below by placing a copy of same in the United States Mail, first class postage

prepaid, on this the 27th day of September, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON**
  **& GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270


                              /s/ Benjamin L. Locklar
                              **OF COUNSEL**