IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DONNA HARRELL and ) | |
| MACK HARRELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv849-MHT |
| ) | |
| MERCK & CO., INC., a ) | |
| foreign corporation, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to remand (doc. no. 13) is set for submission, without oral argument, on October 10, 2006, with all briefs due by said date.

DONE, this the 28th day of September, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE