IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DONNA HARRELL and ) | |
| MACK HARRELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv849-MHT |
| ) | |
| MERCK & CO., INC., a ) | |
| foreign corporation, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Because October 9, 2006, is a holiday, it is ORDERED that the motion to stay (doc. no. 10) is reset for submission, without oral argument, on October 10, 2006, with all briefs due by said date.

DONE, this the 28th day of September, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE