IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA HARRELL and  | * |
| MACK HARRELL,  | * |
|  | * |
| PLAINTIFFS,  | * |
|  | * |
| v.  | *    CASE NO. 1:06cv849-MHT |
|  | * |
| MERCK & CO., INC., et al.,  | * |
|  | * |
| DEFENDANTS.  | * |

## OPPOSITION TO DEFENDANTS ANNE BRANDON, MARK M. SANDERS, TONYA M. LOCKLIN, JOE D. READ, THEODORE R. BOWSER, II AND ERIC RALPH PAYNE'S MOTIONS TO DISMISS

COME NOW Plaintiffs, Donna Harrell and Mack Kehoe, and in response to Defendants Anne Brandon, Mark M. Sanders, Tonya M. Locklin, Joe D. Read, Theodore R. Bowser, II and Eric Ralph Payne's Motions to Dismiss, state as follows:

1. Defendants' scant motions are due to be **DENIED**.

2. Plaintiffs have adequately pleaded viable claims against these in-state resident Defendants.

3. Plaintiffs adopt and incorporate herein the arguments in Plaintiffs' Brief in Support of Motion to Remand filed contemporaneously herewith.

Respectfully submitted this the 27th day of September, 2006.

      /s/ Benjamin L. Locklar
ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ004)
BENJAMIN L. LOCKLAR (LOC009)
W. ROGER SMITH, III (SMI257)
**Attorneys for Plaintiff**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27th day of September, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270

                                          /s/ Benjamin L. Locklar
                                          **OF COUNSEL**