**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   MOTION  to Withdraw Duplicate Filing of Motion to Stay

Case Number:   1:06-cv-00849-MHT

Referenced Pleading:   MOTION  to Withdraw Duplicate Filing of Motion to Stay   - doc. 21

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA HARRELL and MACK HARRELL,** | \* | |
| | \* | |
| **PLAINTIFFS,** | \* | |
| | \* | |
| v. | \* | CASE NO.   CV-06-849 |
| | \* | |
| **MERCK & CO., INC., a foreign Corporation; ANNE BRANDON Individual; MARK M. SANDERS, an Individual; TONYA M. LOCKLIN, an Individual; JOE D. READ, an Individual; THEODORE R. BOWSER, II, an Individual; ERIC RALPH PAYNE, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown To Plaintiff, but will be substituted by Amendment when ascertained.** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | Removed from Circuit Court of Houston County, AL CV 06-502H |
| **DEFENDANTS.** | \* | |

## MOTION TO WITHDRAW DUPLICATE FILING OF MOTION TO STAY

Defendant Merck & Co., Inc. ("Merck"), moves this Honorable Court to allow Merck to withdraw document #20, a pleading styled Motion by Defendant Merck & Co., Inc. To Stay All Proceedings Pending Transfer Decision By The Judicial Panel on Multidistrict Litigation.  Defendant Merck inadvertently refiled this duplicate motion.  Defendant Merck had previously filed this document listed as document number #10 on September 22, 2006.  Defendant Merck does not withdraw previously filed document #10.  In support of document #10, Defendant Merck is filing on October 10, 2006 a Brief in Support of its previously filed Motion to Stay.

Respectfully submitted, this the 10th day of October, 2006.

/s/ **Alan T. Hargrove, Jr.**
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed and served through CMECF a copy of the foregoing upon:

    Andy D. Birchfield, Jr., Esquire
    J. Paul Sizemore, Esquire
    Benjamin L. Lockler, Esquire
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
    Montgomery, Alabama 36103-4160

on this the 10th day of October, 2006.

/s/ **Alan T. Hargrove, Jr.**
OF COUNSEL