IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DONNA HARRELL and           )
MACK HARRELL,               )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )        1:06cv849-MHT
                            )
MERCK & CO., INC., a        )
foreign corporation,        )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED as follows:

(1) The motion to withdraw (doc. no. 21) is granted.

(2) The motion to stay (doc. no. 20) is withdrawn as duplicative.

DONE, this the 12th day of October, 2006.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE